United States District Court
Southern District of Texas
**ENTERED**
October 21, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| MIKE YELLEN, *et al.*, | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:24-cv-00297 |
| | § | |
| JOE BIDEN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

A judge "shall" disqualify himself when he knows that he "has a financial interest . . . in a party to the proceeding." *See* 28 U.S.C. § 455(b)(4). I own stock in Defendant Merck & Co., Inc. As such, I stand recused.

The February 12, 2025 initial scheduling conference is cancelled.

SIGNED this 21st day of October 2024.

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE