United States District Court
Southern District of Texas
**ENTERED**
November 06, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| YELLEN, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:24-cv-297 |
| | § | |
| JOE BIDEN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

Before the court is the plaintiff's motion for pro se access to clerk of the court's electronic filing manager. Dkt. 13. That motion is GRANTED. Therefore, it is ORDERED that the Clerk of this Court give access to Mike Yellen, the plaintiff in this case who is represented pro se, for purposes of electronically filing motions and pleadings in this cause.

Signed on Galveston Island on this 6th day of November, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE